# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Nevaeh Elizabeth Fox

Case Number: 5:25-cr-00054-SCR-UMJ-2

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| One | 21:41(a)(1) and (b)(1)(A) and 846 | NLT 10 years; NMT life | 10 years min to max life imprisonment, 10 million dollar fine, or both, NLT 5 years supervised release |
| Two & Four | 21:841(a)(1) and (b)(1)(A) and 18:2 | NLT 10 years; NMT life | 10 years min to max life imprisonment, 10 million dollar fine, or both, NLT 5 years supervised release |
| Six | 18:924(c)(1)(A)(i) | NLT 5 years; NMT life | 5 year minimum to maximum life consecutive, up to 5 years of supervised release |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?     ☐ YES     ☒ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?     ☐ YES     ☒ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?     ☐ YES     ☒ NO
\* 18 U.S.C. 924(C) ONLY

IF YES     ☐ BRANDISH

☐ DISCHARGE