IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:25-cr-00054

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | FIRST BILL OF PARTICULARS |
| v. | ) | (FORFEITURE) |
| | ) | |
| JONATHAN GRANT FOX (1) | ) | |
| NEVAEH ELIZABETH FOX (2) | ) | |
| TYRONE JAVELLE PARTER (3) | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States

Attorney for the Western District of North Carolina, and hereby gives notice that the United States

is seeking forfeiture herein of the following additional asset on one or more of the grounds stated

in the notice of forfeiture provided in the Superseding Bill of Indictment:

**2019 Honda Accord LTD Sedan, VIN Number: 1HGCV2F33KA034671 seized on or about December 16, 2026 during the investigation.**

This the 11th day of June, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Seth Johnson
J. Seth Johnson
Texas Bar No. 24083259
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 338-3159
Email: seth.johnson@usdoj.gov